AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| MALIBU MEDIA, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 4:18-cv-02479 |
| Patrick Logan | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Patrick Logan .

Date: 03/01/2019

/s/ Tristan C. Robinson
*Attorney's signature*

Tristan C. Robinson, SBN 24085997, SDTX 2829694
*Printed name and bar number*
1095 Evergreen Cir., Suite 200
The Woodlands, TX 77380

*Address*

tristan@tcrobinsonlaw.com
*E-mail address*

(281) 601-4579
*Telephone number*

(713) 893-6940
*FAX number*