| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:18-cv-02479 |
|---|---|---|---|

MALIBU MEDIA, LLC

*versus*

Patrick Logan

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeffrey J. Antonelli<br>Antonelli Law, Ltd.<br>35 East Wacker Dr., Suite 1875<br>Chicago, IL 60601<br>Ph: 312-201-8310 Fax: 888-211-8624<br>Jeffrey@antonelli-law.com<br>Illinois Bar No. 6271875 |
|---|---|

| Name of party applicant seeks to appear for: | Patrick Logan |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __   __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/1/2019 | Signed: | /s/ Jeffrey J. Antonelli |
|---|---|---|

The state bar reports that the applicant's status is:

Dated:                    Clerk's signature

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____        _____
                                                                  United States District Judge